UNITED STATES DISTRICT COURT
SOUTHERN-NEW YORK

THOMAS MORAN

                                                    Plaintiff(s)
                              against                                          Index No.      1:19-CV-03079
MTA METRO-NORTH RAILROAD COMPANY, et al

                                                    Defendant(s)

## STATE OF NEW YORK,  COUNTY OF NEW YORK

Sean Alexander                                      ,being duly sworn,deposes and says:
I am over 18 years of age,not a party to this action, and reside in the State of New York.

That on        April 15, 2019          at        2:48 PM    hours at  2 Broadway
      New York               NY           10004    deponent served the within
SUMMONS IN A CIVIL ACTION, COMPLAINT & JUDGE ANALISA TORRES' ORDERS

upon       METROPOLITAN TRANSPORTATION AUTHORITY

**X**    A domestic corporation by delivering and leaving personally with a true copy of each to
                              K.Carby                the       Legal Assistant
         personally. Deponent knew said corporation so served to be the corporation described in said summons
         as said defendant, in which the summons indicated on it's face the index number.

**X**    Deponent describes person served as aforesaid to the best of
         deponent's ability at the time and circumstances of services as follows:

| Sex | Color | Hair | Approx. Age |
|-----|-------|------|-------------|
| Female | Black | Black | 36-50 |
| Approx. Hgt | Approx. Wgt | Other | |
| 5ft4in-5ft7in | 131-160 lbs | Glasses | |

Sworn before me on          April 16, 2019

*Shirley Gamboa*
SHIRLEY GAMBOA
Notary Public, State of New York
No. 01GA5030849
Qualified in New York County
Commission Expires July 25, 2022

*Sean Alexander*
Sean Alexander
Lic #                      2022724-dca

Agency    Paragon Process Service,Inc  Suite 850
          233 Broadway  New York,NY 10279
License #      0691039                      Job #                2019000150