STEVE S. EFRON
ATTORNEY AT LAW
237 WEST 35TH STREET • SUITE 1502
NEW YORK, NEW YORK 10001

OF COUNSEL
RENEE L. CYR

TEL. (212) 867-1067
FAX. (212) 682-5958
SSEFRON@AOL.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2019

December 10, 2019

Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York NY 10007

**MEMO ENDORSED**

Re: <u>Moran v. MTA Metro-North Railroad Company et al.</u>
19-cv-3079(AT)(KHP)

Dear Judge Parker:

This office represents Metro-North Railroad Company and five officers of the Metropolitan Transportation Authority Police Department in this action brought by Thomas Moran, a Metro-North conductor, who allegedly was assaulted, falsely arrested and maliciously prosecuted by the officers. Moran asserts claims of negligence under the Federal Employers' Liability Act, 45 U.S.C. § 51 et seq., and claims of deprivation of constitutional rights under 42 U.S.C. § 1983.

I am writing with the consent of plaintiff's counsel, Mr. George Cahill, to request an adjournment to late January or early February, 2020, of the settlement conference now scheduled for December 18, 2019. This is a second request for an adjournment of the conference. The parties had advised the Court in the earlier request that a settlement would not be feasible before the substantial completion of expert discovery, which includes in this case the reports and potential deposition testimony of a forensic psychologist, expert economists and vocational rehabilitation experts. Judge Torres just recently granted an extension of time to January 20, 2020, in which to complete expert discovery.

Furthermore, the parties have discussed scheduling a private mediation in an effort to reach a settlement. If the parties pursue that option, they will immediately notify the Court.

Respectfully yours,

*[signature]*

Steve S. Efron

SSE:s

**APPLICATION GRANTED:** The settlement conference in this matter currently scheduled for Wednesday, December 18, 2019 at 10:00 a.m. is rescheduled to <u>Friday, February 7, 2020 at 10:00</u> a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>January 31, 2020 by 5:00 p.m.</u>

APPLICATION GRANTED

*Katharine H. Parker* (signature)

Hon. Katharine H. Parker, U.S.M.J.
12/11/2020