# Cahill
## & Perry, P.C.
Attorneys At Law

www.trainlaw.com

George J. Cahill Jr., Esq.
Admitted in MA, CT, NY & DC
cahill@trainlaw.com

**CAHILL & PERRY, P.C.**

43 Trumbull Street
New Haven, CT 06510
Tel: 203-777-1000
Fax: 203-865-5904

New York Office
Chrysler Building
405 Lexington Avenue, 26th Floor
New York, NY 10174
Tel: (212) 453-7300

Boston Office
8 Faneuil Hall Marketplace, 3rd Floor
Boston, MA 02109
Tel: (617) 217-2920

PLEASE REPLY TO NEW HAVEN OFFICE

January 30, 2020

**MEMO ENDORSED**

*VIA ECF*

Hon. Katharine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan
United States District Court
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  01/31/2020
```

**Re: Moran v. MTA Metro-North Railroad Company, et al.
Case No.: 1:19-cv-3079 (AT) (KHP)**

Dear Judge Parker,

This office represents Plaintiff Thomas Moran in the above-referenced action.

Both parties respectfully request an adjournment of the settlement conference now scheduled for Friday, February 7, 2020 to April 29, 2020 or May 5, 2020.

The Defendants are filing a motion for summary judgment on February 7, 2020 and the plaintiff will need time to evaluate their legal arguments.

The defendant's attorney is not able at this time to evaluate the plaintiff's claim and obtain settlement authority from the MTA because he has not received his expert reports concerning the plaintiff's injuries and damages.

Furthermore, both parties have agreed that a settlement conference would not be helpful at this time and that an adjournment of three months will allow both parties to engage in a more productive settlement conference.

This is the third request for an adjournment of the settlement conference. On December 10, 2019 Attorney Efron made a second request for an adjournment [Doc. 59]. The Court granted this request on December 11, 2019 [Doc. 60].

Respectfully submitted,

By ____*/s/ George J. Cahill, Jr.*____

**APPLICATION GRANTED:** The settlement conference in this matter currently scheduled for Friday, February 7, 2020 at 10:00 a.m. is rescheduled to <u>Tuesday, May 5, 2020 at 10:00 a.m.</u> in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>April 28, 2020 by 5:00 p.m.</u>

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

01/31/2020