STEVE S. EFRON
ATTORNEY AT LAW
237 WEST 35TH STREET • SUITE 1502
NEW YORK, NEW YORK 10001

OF COUNSEL
RENEE L. CYR

TEL. (212) 867-1067
FAX. (212) 682-5958
SSEFRON@AOL.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/2020

February 5, 2020

Hon. Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York NY 10007

Re: <u>Moran v. MTA Metro-North Railroad Company et al.</u>
19-cv-3079(AT)(KHP)

Dear Judge Torres:

This office represents MTA Metro-North R.R. and the individually named MTA police officers in this case alleging violations of the Federal Employers' Liability Act and a deprivation of constitutional rights actionable under 42 U.S.C. § 1983.

I am writing with the consent of plaintiff's counsel, Mr. George Cahill, to request an extension of time of one week, from February 7 to February 14, 2020, in which to serve and file defendants' motion for summary judgment. This is a first request for an extension of time to serve and file defendants' motion, and the extension will not affect other scheduled dates.

I have been suffering a flu-like illness for the past week and have been unable to attend to work during most of that time, which has set back work on this and other matters.

In light of this request for an additional week, plaintiff's opposition papers and defendants' reply papers, presently due on February 28 and March 13 respectively, would be due on March 6 and March 20, 2020.

Defendants thank the Court for its consideration of this application.

Respectfully yours,

/s/
Steve S. Efron

GRANTED. By **February 14, 2020**, Defendants shall file their motion for summary judgment. By **March 6, 2020**, Plaintiff shall file an opposition. By **March 20, 2020**, Defendants shall file their reply, if any.

SO ORDERED.

Dated: February 5, 2020
New York, New York

_____
ANALISA TORRES
United States District Judge