USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2020

**STEVE S. EFRON**
ATTORNEY AT LAW
237 WEST 35TH STREET · SUITE 150
NEW YORK, NEW YORK 10001

OF COUNSEL
RENEE L. CYR

SSEFRON@AOL.COM

February 13, 2020

Hon. Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York NY 10007

Re: <u>Moran v. MTA Metro-North Railroad Company et al.</u>
19-cv-3079(AT)(KHP)

Dear Judge Torres:

This office represents MTA Metro-North R.R. and the individually named MTA police officers in this case alleging violations of the Federal Employers' Liability Act and a deprivation of constitutional rights actionable under 42 U.S.C. § 1983.

I am writing with the consent of plaintiff's counsel, Mr. George Cahill, to request an extension of time of one week, from February 14 to February 21, 2020, in which to serve and file defendants' motion for summary judgment. This is the second request for an extension of time to serve and file defendants' motion and, regrettably, this extension will affect other scheduled dates.

I received a text from Steve Efron earlier today stating that he was at an urgent care center waiting to receive treatment for significant pain in his back that led to a fall. As he is the only one who has been working on this motion – I am not currently in New York and have access to neither electronic copies of his drafts nor the underlying documents necessary for filing this motion – and Mr. Efron is unable to complete it prior to tomorrow's deadline, I immediately contacted Mr. Cahill. He returned my call quickly and consented to giving defendants an additional week to file.

In light of this request for an additional week, plaintiff's opposition papers and defendants' reply papers, presently due on March 6 and March 13 respectively, would be due on March 13 and March 20, 2020.

Defendants thank the Court for its consideration of this application.

Respectfully yours,

/s/
Renee L. Cyr

**GRANTED.** By **February 21, 2020**, Defendants shall file their motion for summary judgment. By **March 13, 2020**, Plaintiff shall file his opposition. By **March 20, 2020**, Defendants shall file their reply, if any.

The Court wishes counsel a swift recovery.

SO ORDERED.

Dated: February 13, 2020
New York, New York

ANALISA TORRES
United States District Judge