```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS M. MORAN,

                Plaintiff,

-against-

MTA METRO-NORTH RAILROAD COMPANY, METROPOLITAN TRANSPORTATION AUTHORITY, P.O. NICHOLAS STRYPE (individually and in official capacity), P.O. DOUGLAS COHEN (individually and in official capacity), PO JOHN DOE SEIDITA (individually and in official capacity), PO JONN DOE NANDOO (individually and in official capacity), PO JOHN DOE TERACCIANO (individually and in official capacity), and PO RICHARD DOE (Full names and number of whom are unknown at present, and other unidentified members of the MTA Police Department in their individual and official capacities),

                Defendants.

19 Civ. 3079 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' letter dated August 11, 2021, setting forth their available dates for trial, ECF No. 92. Due to conflicts in the Court's and the parties' availability in the fourth quarter of 2021, the Court, utilizing the procedures within this District governing the scheduling of jury trials during the COVID-19 pandemic, will instead seek to schedule a jury trial for the first calendar quarter of 2022. By **October 15, 2021**, the parties shall submit blackout dates for trial.

      SO ORDERED.

Dated: August 16, 2021
       New York, New York

                                        ANALISA TORRES
                                      United States District Judge