UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS M. MORAN,

          Plaintiff,

-against-

MTA METRO-NORTH RAILROAD COMPANY, P.O. NICHOLAS STRYPE (individual capacity), P.O. DOUGLAS COHEN (individual capacity), PO LUIGI SEIDITA (individual capacity), PO JASON NANDOO (individual capacity), PO JOSEPH TERACCIANO (individual capacity), and PO RICHARD DOE (Full names and number of whom are unknown at present, and other unidentified members of the MTA Police Department in their individual capacities),

          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/4/2022

19 Civ. 3079 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On December 14, 2021, the Court advised the parties that this matter had been placed on the trial-ready list for the week of January 24, 2022, under the centralized calendaring system adopted by the Southern District of New York for jury trials during the COVID-19 pandemic. ECF No. 104.  On December 21, 2021, the parties advised the Court that they did not wish to remain on the trial-ready calendar, and instead requested that the Court set trial for the second or third calendar quarter of 2022.  ECF No. 105.  The Court shall request a trial in this matter accordingly.

    The pretrial conference scheduled for January 19, 2022, is ADJOURNED *sine die*.  The Court shall set a date for the final pretrial conference once a date certain for trial is set.  Further, by **January 31, 2022**, the parties shall file, if necessary, any objections to another party's requests to charge or proposed *voir dire* questions, any opposition to any motion *in limine*, and any opposition to any legal argument in a pretrial memorandum.

    SO ORDERED.

Dated: January 4, 2022
      New York, New York

ANALISA TORRES
United States District Judge