UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

_____X

THOMAS M. MORAN,                              CIVIL ACTION

    Plaintiff                                 NO. 1:19-CV-03079-AT

VS.

MTA METRO-NORTH RAILROAD COMPANY
ET AL,

    Defendant                                 February 17, 2022

_____X


**<u>PLAINTIFF'S SUPPLEMENT TO THE EXHIBIT LIST</u>**

The plaintiff hereby supplements his Exhibit List to include the following:

**19. Exhibit 19**- The Amended and Restated Service Agreement between the Connecticut Department of Transportation ("CDOT"), the Metropolitan Transportation Authority ("MTA"), and Metro North Commuter Railroad ("Metro North") dated June 21, 1985 with the PACER Docket Report from *Metro-North v. Buchanan Marine LP*, 3:05-cv-00881-PCD (D. Conn.).

Respectfully submitted,

FOR THE PLAINTIFF


By    /s/ George J. Cahill, Jr.
     George J. Cahill, Jr. (ct04485)
     CAHILL & PERRY, P.C.
     43 Trumbull Street
     New Haven, Connecticut 06510
     Telephone: (203) 777-1000
     Fax: (203) 865-5904
     cahill@trainlaw.com


## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2022, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

     /s/ George J. Cahill, Jr.
     George J. Cahill, Jr.