USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/23/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS M. MORAN,

                Plaintiff,

-against-

MTA METRO-NORTH RAILROAD COMPANY, P.O. NICHOLAS STRYPE (individual capacity), P.O. DOUGLAS COHEN (individual capacity), PO LUIGI SEIDITA (individual capacity), PO JASON NANDOO (individual capacity), PO JOSEPH TERACCIANO (individual capacity), and PO RICHARD DOE (Full names and number of whom are unknown at present, and other unidentified members of the MTA Police Department in their individual capacities),

                Defendants.

19 Civ. 3079 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court intends to set trial in this matter for either the third or fourth quarter of 2022. By **May 1, 2022**, the parties shall provide blackout dates for the third and fourth quarters of 2022. In light of the lengthy delay in advance of trial, this matter shall be STAYED pending further order of the Court.

      SO ORDERED.

Dated:  February 23, 2022
        New York, New York

                                                ANALISA TORRES
                                          United States District Judge