UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS M. MORAN,

        Plaintiff,

-against-

MTA METRO-NORTH RAILROAD COMPANY, P.O. NICHOLAS STRYPE (individual capacity), P.O. DOUGLAS COHEN (individual capacity), PO LUIGI SEIDITA (individual capacity), PO JASON NANDOO (individual capacity), PO JOSEPH TERACCIANO (individual capacity), and PO RICHARD DOE (Full names and number of whom are unknown at present, and other unidentified members of the MTA Police Department in their individual capacities),

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/23/2022___

19 Civ. 3079 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On June 22, 2022, the Court issued an order reconsidering its prior order on Defendants' motion for summary judgment, ECF No. 87, and reinstating Plaintiff's malicious prosecution claim. ECF No. 115. Accordingly, by **July 22, 2022**, the parties shall submit an updated proposed joint pretrial order, and revised or updated versions of all required pretrial filings, including any motions *in limine*, joint requests to charge, joint proposed verdict forms, and joint proposed voir dire questions. By **July 29, 2022**, the parties shall file any opposition to any motion *in limine*, and any opposition to any legal argument in the pretrial memorandum. In addition, by **July 22, 2022**, the parties shall provide any trial blackout dates for the first and second quarters of 2023. The Court shall set a date for the final pretrial conference upon setting a date certain for trial. In light of the lengthy delay in advance of trial, the stay on this matter shall remain in place. The Clerk of Court is directed to terminate the motion pending at ECF No. 102.

    SO ORDERED.

Dated: June 23, 2022
       New York, New York

ANALISA TORRES
United States District Judge