```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/8/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS M. MORAN,

           Plaintiff,

-against-

MTA METRO-NORTH RAILROAD COMPANY, P.O. NICHOLAS STRYPE (individual capacity), P.O. DOUGLAS COHEN (individual capacity), PO LUIGI SEIDITA (individual capacity), PO JASON NANDOO (individual capacity), PO JOSEPH TERACCIANO (individual capacity), and PO RICHARD DOE (Full names and number of whom are unknown at present, and other unidentified members of the MTA Police Department in their individual capacities),

           Defendants.

19 Civ. 3079 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Trial in this matter is scheduled to begin on **January 9, 2023**, at **9:00 a.m.** The final pretrial conference shall be held on **January 3, 2023**, at **1:00 p.m.** Both shall proceed in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    All deadlines previously set by the Court for the parties' submission of motions *in limine*, opposition thereof, and pretrial submissions shall remain in place. *See* ECF Nos. 116, 118.

    SO ORDERED.

Dated: July 8, 2022
       New York, New York

*(signature)*
ANALISA TORRES
United States District Judge