UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
THOMAS M. MORAN,

                      Plaintiff,

      - against -                                   19-cv-3079 (AT)(KHP)

MTA METRO-NORTH RAILROAD COMPANY,        **NOTICE OF MOTIONS**
PO NICHOLAS STRYPE (individual capacity),          **IN LIMINE**
PO DOUGLAS COHEN (individual capacity), PO LUIGI
SEIDITA (individual capacity), PO JASON NANDOO
(individual capacity), PO JOSEPH TERACCIANO
(individual capacity), and PO RICHARD DOE (Full names
and number of whom are unknown at present, and other
unidentified members of the MTA Police Department in
their individual capacities),

                      Defendants.
------------------------------------------------------------------------x

       PLEASE TAKE NOTICE that upon the accompanying memorandum of law, defendants will move the Court in limine before the Hon. Analisa Torres, United States District Judge, at the Courthouse, 500 Pearl Street, New York, New York, on a date and at a time to be determined by the Court, for an order precluding the testimony of Susan Sarch, Metro-North's general counsel, denying admission into evidence of contracts not shown to be relevant to issues in the case and granting other relief as requested in the memorandum of law.

Dated: New York, New York
       July 22, 2022

                                                     _____/s/_____
                                                     Steve S. Efron
                                                     Attorney for Defendants
                                                     237 West 35th Street - Suite 1502
                                                     New York, New York 10001
                                                     (212) 867-1067