```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/30/2022__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS M. MORAN,

                Plaintiff,

-against-

MTA METRO-NORTH RAILROAD COMPANY, PO NICHOLAS STRYPE, individually, PO DOUGLAS COHEN, individually, PO RICHARD DOE, full names and number of whom are unknown at present, and other unidentified members of the MTA Police Department in their individual capacities, PO LUIGI SEIDITA, individually, PO JASON NANDOO, individually, and PO JOSEPH TERACCIANO, individually,

                Defendants.

19 Civ. 3079 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The trial set to begin in this matter on January 9, 2023, at 9:00 a.m., is ADJOURNED to **January 10, 2023**, at **9:00 a.m.**

    SO ORDERED.

Dated: November 30, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge