USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/7/2022___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS M. MORAN,

                Plaintiff,

-against-

MTA METRO-NORTH RAILROAD COMPANY, PO NICHOLAS STRYPE, individually, PO DOUGLAS COHEN, individually, PO RICHARD DOE, full names and number of whom are unknown at present, and other unidentified members of the MTA Police Department in their individual capacities, PO LUIGI SEIDITA, individually, PO JASON NANDOO, individually, and PO JOSEPH TERACCIANO, individually,

                Defendants.

19 Civ. 3079 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On December 2, 2022, Defendants filed a supplemental motion *in limine*. ECF No. 133. By **December 16, 2022**, Plaintiff shall file an opposition, if any.

    SO ORDERED.

Dated: December 7, 2022
       New York, New York

ANALISA TORRES
United States District Judge