USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/8/2022__

December 6, 2022

**Via ECF**

Hon. Analisa Torres, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:   *Thomas Moran v. MTA Metro-North Railroad Company, et al.*
            C.A. No. 19-cv-03079-AT

Dear Judge Torres:

    We represent the plaintiff Thomas Moran in the above-entitled action. The plaintiff respectfully requests adjournment of the pre-trial and trial until his attorney is medically able to try the case.

    On Friday, December 2, Attorney Cahill underwent a routine colonoscopy. Yesterday he was brought to the emergency room and underwent an emergency surgery due to a perforated colon. The surgery was an ileostomy, and he will be admitted for 5-7 days. As a result, he has a loop stoma which requires daily care until he has a reverse ileostomy in six weeks. That procedure will require a 2-week recovery. Attorney Cahill will be physically fit by February if there are no complications.

    Defense counsel consents to the instant request.

    We thank the Court for its consideration of this request.

GRANTED. The pretrial conference scheduled for January 3, 2023, at 1:00 p.m. is ADJOURNED to **January 31, 2023, at 3:40 p.m.** The trial scheduled for January 10, 2023, is ADJOURNED to **February 6, 2023, at 9:00 a.m.**

SO ORDERED.

Dated: December 8, 2022
       New York, New York

ANALISA TORRES
United States District Judge