UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS M. MORAN,

                Plaintiff,

-against-

MTA METRO-NORTH RAILROAD COMPANY, PO NICHOLAS STRYPE (individual capacity), PO DOUGLAS COHEN (individual capacity), PO LUIGI SEIDITA (individual capacity), PO JASON NANDOO (individual capacity), PO JOSEPH TERACCIANO (individual capacity), and PO RICHARD DOE (Full names and number of whom are unknown at present, and other unidentified members of the MTA Police Department in their individual capacities),

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/29/2022__

19 Civ. 3079 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On December 28, 2022, Defendants filed a motion to quash a subpoena. ECF Nos. 141–42. By **January 6, 2023**, Plaintiff shall respond to the motion to quash.

    SO ORDERED.

Dated: December 29, 2022
       New York, New York

ANALISA TORRES
United States District Judge