```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

THOMAS M. MORAN,

                Plaintiff,

-against-

MTA METRO-NORTH RAILROAD COMPANY, PO NICHOLAS STRYPE (individual capacity), PO DOUGLAS COHEN (individual capacity), PO LUIGI SEIDITA (individual capacity), PO JASON NANDOO (individual capacity), PO JOSEPH TERACCIANO (individual capacity), and PO RICHARD DOE (Full names and number of whom are unknown at present, and other unidentified members of the MTA Police Department in their individual capacities),

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/13/2023_

19 Civ. 3079 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' submissions dated December 28, 2022, and January 5 and 9, 2023. ECF Nos. 141–42, 148–49. Accordingly, Plaintiff is directed to take the deposition of Susan Sarch. Within **fifteen days** of the deposition, the parties shall file a joint submission to the Court informing the Court about how the deposition affects the pending motion to quash, ECF No. 141.

    SO ORDERED.

Dated: January 13, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge