```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

THOMAS M. MORAN,

               Plaintiff,

     -against-

MTA METRO-NORTH RAILROAD COMPANY, PO NICHOLAS STRYPE, individually, PO DOUGLAS COHEN, individually, PO RICHARD DOE, full names and number of whom are unknown at present, and other unidentified members of the MTA Police Department in their individual capacities, PO LUIGI SEIDITA, individually, PO JASON NANDOO, individually, and PO JOSEPH TERACCIANO, individually,

               Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/23/2023_

19 Civ. 3079 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On January 13, 2023, the Court directed Plaintiff to take the deposition of Susan Sarch and ordered the parties to file a joint letter within fifteen days of the deposition advising the Court about how the deposition affects the pending motion to quash, ECF No. 141. ECF No. 150. By **February 27, 2023**, the parties shall file a joint letter advising the Court as to the status of the deposition of Sarch. Further, the parties shall advise the Court if all parties are prepared to proceed with trial as scheduled for April 17, 2023. *See* ECF No. 151.

      SO ORDERED.

Dated: February 23, 2023
       New York, New York

                                          ANALISA TORRES
                                       United States District Judge