UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS M. MORAN,

                Plaintiff,

      -against-

MTA METRO-NORTH RAILROAD COMPANY, PO
NICHOLAS STRYPE, individually, PO DOUGLAS
COHEN, individually, PO RICHARD DOE, full names
and number of whom are unknown at present, and other
unidentified members of the MTA Police Department
in their individual capacities, PO LUIGI SEIDITA,
individually, PO JASON NANDOO, individually, and
PO JOSEPH TERACCIANO, individually,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  _4/12/2023__

19 Civ. 3079 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed Plaintiff's letter dated April 12, 2023, ECF No. 163.  By **April 13, 2023**, at **12:00 p.m.**, Defendants shall file their response.

      SO ORDERED.

Dated:  April 12, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge