```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/3/2023__
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
THOMAS M. MORAN,

                       Plaintiff,    19 **CIVIL** 3079 (AT)

     -against-    **JUDGMENT**

MTA METRO-NORTH RAILROAD COMPANY,
PO NICHOLAS STRYPE, individually, PO
DOUGLAS COHEN, individually, PO JASON
NANDOO, individually, PO JOSEPH
TERACCIANO, individually, and PO RICHARD
DOE, full names and number of whom are
unknown at present, and other unidentified
members of the MTA Police Department in
their individual capacities,

                       Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Analisa Torres, United States District Judge, Plaintiff Thomas Moran have judgment in the sum of $799,999.00 as against the defendants. Plaintiff Thomas Moran also has judgment for punitive damages in the sum of $50,000.00 as against defendant Nicholas Strype; Plaintiff Thomas Moran has judgment for punitive damages in the sum of $100,000.00 as against defendant Douglas Cohen; Plaintiff Thomas Moran has judgment for punitive damages in the sum of $30,000.00 as against defendant Jason Nandoo.

**DATED:** New York, New York
            May    3    , 2023

So Ordered:

_____
ANALISA TORRES
United States District Judge

                                       **RUBY J. KRAJICK**
                                       _____
                                       **Clerk of Court**

                         **BY:**    *K. Mango*
                                       _____
                                       **Deputy Clerk**