```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/1/2023___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS M. MORAN,

                Plaintiff,

-against-

MTA METRO-NORTH RAILROAD COMPANY, PO NICHOLAS STRYPE, individually, PO DOUGLAS COHEN, individually, PO RICHARD DOE, full names and number of whom are unknown at present, and other unidentified members of the MTA Police Department in their individual capacities, PO LUIGI SEIDITA, individually, PO JASON NANDOO, individually, and PO JOSEPH TERACCIANO, individually,

                Defendants.

19 Civ. 3079 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On May 31, 2023, Plaintiff filed a motion for a new trial on certain damages. ECF No. 200; *see* ECF No. 201. By **June 22, 2023**, Defendants shall file their opposition papers. By **July 6, 2023**, Plaintiff shall file his reply, if any.

    SO ORDERED.

Dated: June 1, 2023
       New York, New York

                                    ANALISA TORRES
                             United States District Judge