UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
THOMAS M. MORAN,

                              Plaintiff,

               - against -                                      19-cv-3079 (AT)

MTA METRO-NORTH RAILROAD COMPANY,
PO NICHOLAS STRYPE (individual capacity),
PO DOUGLAS COHEN (individual capacity), PO LUIGI
SEIDITA (individual capacity), PO JASON NANDOO
(individual capacity), PO JOSEPH TERACCIANO
(individual capacity), and PO RICHARD DOE (Full names
and number of whom are unknown at present, and other
unidentified members of the MTA Police Department in
their individual capacities),

                              Defendants.
-------------------------------------------------------------------------x

## DECLARATION OF STEVE S. EFRON

      Steve S. Efron, an attorney duly admitted to the practice of law in the United States District Court for the Southern District of New York declares under the penalties of perjury:

      1. Annexed hereto as Appendix 1 is a true and complete copy of the expert report of Josefina Tranfa-Abboud, dated March 9, 2020, admitted into evidence as defendants' Exh. Q at the trial of this action.

      2. Annexed hereto as Appendix 2 is a true and complete copy of the supplemental expert report of Josefina Tranfa-Abboud, dated August 18, 2021, admitted into evidence as defendants' Exh. R at the trial of this action.

      3. Annexed hereto as Appendix 3 is a true and complete copy of the expert report of Lisa Rocchio, dated March 9, 2020, admitted into evidence as plaintiff's Exh. 13 at the trial of this action.

      4. Annexed hereto as Appendix 4 are true excerpts from the trial testimony of Thomas Moran.

      5. Annexed hereto as Appendix 5 are true excerpts from the trial testimony of

Jeffrey Joy.

      6. Annexed hereto as Appendix 6 are true excerpts from the trial testimony of Steven Shapiro.

      7. Annexed hereto as Appendix 7 are true excerpts from the trial testimony of Lisa Rocchio.

      8. Annexed hereto as Appendix 8 are true excerpts from the deposition testimony of Michael Bellotti, introduced as Exh. 1 at the trial of this action.

Dated: New York, New York
         July 3, 2023

                                          /s/
                                  Steve S. Efron