| Date | Witness | Start | Break | End | Total Hrs | Cahill's time records |
|---|---|---|---|---|---|---|
| 9/24/2019 | EBT Luigi Seidita | 1:10 p.m. | N/A | 3:05 p.m. | 1 hr 55 mins | 2 |
| 10/2/2019 | EBT of Thomad Moran | 10:14 a.m. | 11:15 a.m -11:24 a.m 12:40 p.m. - 12:48 p.m. 1:25 p. m - 2:03 p.m. | 3:27 p.m. | 5 hrs 13 mins (55 mins' break) | 3.2 |
| 10/4/2019 | EBT of Nicholas Strype | 9:50 a.m | N/A | 11:40 a.m. | 1 hr 50 mins | 2 |
| 11/18/2019 | EBT of Doglas Cohen | 9:15 a.m. | There was a minute break but trans doesn't indicate the time, See p.43, line 8-9. | 10:55 a.m. | 1 hr 40 mins | 1.2 |
| 11/22/2019 | EBT of Douglas Martin | 9:00 a.m. | N/A | 9:50 a.m. | 50 mins | 1 |
| 11/27/2019 | EBT of Michael J. Bellotti | 10:06 a.m. | 10:45 a.m - 10:52 a.m. 12:05 p.m. - 12:14 p.m. | 12:51 p.m. | 2 hr 45 mins (16 mins' break) | 2.8 |
| 12/10/2019 | EBT of Brain Hicks | 1:05 p.m. | Break were taken, but trans. doesn't indicate the time. See p.14 lines 20-21. | 1:55 p.m. | 50 mins | 1 |
| 12/12/2019 | EBT of Marina Zatman | 8:38 a.m. | 9:02 a.m. - 9:04 a.m. | 10:10 a.m. | 1 hrs 32 mins (2 mins break) | 1.5 |

Cahill's Time re: Travel

| Date | Hours | Description |
|---|---|---|
| 6/28/2018 | 1 | travel 2 hours to White Plains for conference with P's criminal atty. |
| 1/30/2019 | 2 | travel 2 hr. train to GCT and return 2 hrs. |
| 6/10/2019 | 3 | 6 hr. travel to Court |
| 9/24/2019 | 2.5 | 5 hrs. travel for Seidita depo |
| 10/4/2019 | 2.5 | 5 hrs travel for Strype depo |
| 11/18/2019 | 2.5 | 5 hrs. travel for Cohen depo |
| 11/22/2019 | 2.5 | 5 hrs. travel for Martin depo |
| 12/10/2019 | 2.5 | 5 hrs travel to Hicks depo |
| 12/12/2019 | 1.5 | 3 hrs. travel for Zatman's depo |
| 8/21/2021 | 1.3 | 2.6 hrs. travel to meet Chartier in White Plains |
| 4/11/2023 | 3 | 6 hours travel to court and back to office |
| 4/17/2023 | 0.4 | travel to and from courtroom |
| 4/18/2023 | 0.4 | travel to and from courtroom 25 min |
| 4/19/2023 | 0.4 | travel to and from courtroom |
| 4/20/2023 | 0.4 | travel to and from courtroom |
| 4/21/2023 | 0.4 | travel to and from courtroom |
| 4/24/2023 | 0.4 | travel to and from courtroom |
| Total Hours | 26.7 | |