| | | Perry's time re:1983 claims |
|---|---|---|
| **DATE** | **HOURS** | **DESCRIPTION** |
| 7/16/2018 | 0.8 | Draft Retainer Agreement re: 1983 Actions and FHA |
| 7/23/2018 | 5.5 | Begin research for Complaint re: False Arrest; Excessive Force; Failure to Intervene |
| 7/24/2018 | 2.2 | Research re: Malicious Prosecution for Complaint |
| 7/25/2018 | 0.2 | Draft email to George re: malicious prosecution claim |
| 2/5/2019 | 2.8 | Continue research re: false arrest; excessive force |
| 2/6/2019 | 3.2 | Continue research re: excessive force |
| 2/7/2019 | 1 | Continue research re: failure to intervene |
| 2/8/2018 | 0.1 | Draft email to George re: excessive force |
| 2/8/2019 | 1.2 | Continue research re: excessive force |
| 2/18/2019 | 1.8 | Research re: elements of NY disorderly conduct |
| 2/19/2019 | 1.5 | Research re: elements of NY resisting arrest and assault 2nd |
| 6/3/2019 | 1.4 | Research re: False Arrest and Compensatory Damages |
| 6/6/2019 | 3.4 | Research re: Malicious Prosecution; Draft email to George re: Same |
| 6/7/2019 | 0.1 | Draft Second Email to George re: Malicious Prosecution Claim |
| 6/7/2019 | 3.8 | Research First Amendment 1983 Claims |
| 6/9/2019 | 4.2 | Research re: malicious prosecution and begin drafting malicious prosecution count for Amended Complaint |
| 6/9/2019 | 2.8 | Continue research First Amendment 1983 claims and draft First Amendment Count |
| 6/10/2019 | 3 | Review and revise Draft of P's First Amended Complaint and continue researching malicious prosecution |
| 6/13/2019 | 3.4 | Continue reviewing and revising drafts of P's First Amended Complaint and Research re: False Arrest |
| 6/21/2019 | 0.8 | Tel Conferences w/ George re: 1983 attorneys' fees; discovey topics |
| 8/16/2019 | 0.3 | Research re: NY Civil Rights Law Sec 50-a |
| 1/2/2020 | 0.1 | Research Mal. Pros. re: sufficient evidence prosecution ended indicates innocence and draft mem of law re: same |
| 3/4/2020 | 0.1 | Review email from George re: Malicious Prosecution and First Amendment Retalition Claims |
| 3/11/2020 | 3.2 | Review First Amendment research and draft Memo of Law Opp to SJ section re: First Amendment claims |

| Date | Hours | Description |
|---|---|---|
| 3/16/2020 | 2.4 | Continue drafting memo of law in opp to SJ section re: criminal charges dismissed show innocence |
| 7/17/2021 | 3.2 | Draft, review, and revise Jury Instructions re: false arrest, excessive force, failure to intervene |
| 8/20/2021 | 2.5 | Research First Amendment 1983 Claims |
| 8/25/2021 | 3.2 | Research and draft First Amendment Retaliation Jury Instruction |
| 8/26/2021 | 2.8 | Continue research First Amendment 1983 claims and review and revise draft First Amendment Jury Instructions |
| 9/1/2021 | 4.3 | Cont. drafting and revising P's jury instructions re: mal. Pros., false arrest, excessive force, fail to inter, pumative damages |
| 9/6/2021 | 3.2 | Cont. drafting and revising P's jury instructions re: mal. Pros., false arrest, excessive force, fail to inter, pumative damages |
| 9/7/2021 | 3.5 | Cont. drafting and revising P's jury instructions re: mal. Pros., false arrest, excessive force, fail to inter, pumative damages |
| 9/10/2021 | 1 | Cont. drafting and revising P's jury instructions re: mal. Pros., false arrest, excessive force, fail to inter, pumative damages |
| 9/13/2021 | 0.5 | Cont. drafting and revising P's jury instructions re: mal. Pros., false arrest, excessive force, fail to inter, pumative damages |
| 2/7/2022 | 0.8 | Draft Amended Malicious Prosecution Jury Intruction re: Strype |
| 4/4/2022 | 1.4 | Research re: Recent Supreme Court Decisions 1983 actions |
| 4/5/2022 | 1.6 | Draft Letter to Court re: Thompson v. Clark, 596 U.S.__ {2022) Malicious Prosecution Proof of Innocence |
| 4/6/2022 | 0.8 | Review and Edit Letter to Court re: Thompson v. Clark, 596 U.S._ (2022) |
| 7/19/2022 | 0.5 | Amend Plaintiff's Verdict Form re: Malicous Prosecution |
| 12/3/2022 | 0.3 | Review D.s' Supp Motion in Limine re: P not entitled to jury trial on wage loss claim |
| 12/8/2022 | 2.5 | Continue research re: Bifurcation of punitive damages in 1983 claims |
| 12/8/2022 | 3.3 | Continue Research 1983 punitive damage amounts for false arrest and malicious prosecution |
| 12/9/2022 | 4.2 | Research re: right to jury trial on 1983 wage loss claims |
| 12/9/2022 | 3.5 | Research re: right to jury trial 1983 wage loss claims |
| 12/10/2022 | 2 | Research re: right to jury trial on 1983 wage loss claims |
| 12/10/2022 | 4.5 | Draft memo of law re: right jury trial on 1983 wage loss claims; bifurcation of punitive damages |

| Date | Hours | Description |
|---|---|---|
| 12/11/2022 | 2.4 | Research Title VII claims re: wage loss by court or jury |
| 12/14/2022 | 2.5 | Continue to draft memo of law re: right to jury trial on 1983 wage loss claims |
| 12/15/2022 | 2.8 | Continue to draft, review, revise memo in law re: right to jury trial 1983 wage loss |
| 12/15/2022 | 2.1 | Continue research re: 1983 right to jury trial on lost wages |
| 12/16/2022 | 2.4 | Review and revise memo in opp to D.s' supplemental motions in limine re: 1983 jury trial wage loss |
| 3/29/2023 | 4.5 | Review research re: 1983 actions; review depo transcripts: Cohen; Seidita; Strype; Martin; Hicks re: trial preparation |
| 3/30/2023 | 1.5 | Review 1983 Caselaw re: jury verdict form |
| 4/12/2023 | 3.3 | Review pattern jury instructions re:1983 claims re: amending jury instructions and verdict form re:damages |
| 4/16/2023 | 1.6 | Review Plaintiff's Amended Proposed Jury Instructions and 1983 case law |
| 4/18/2023 | 3.5 | Research Burden of Proof re: False Arrest and draft email memo to Court re: same |
| 6/16/2023 | 2.5 | Research re: attorneys' fee applications and amounts in S.D.N.Y. 1983 actions |
| Total Hours | 128 | |