UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

THOMAS MORAN,

                            Plaintiff,                         **ORDER**

              -against-                            19-CV-3079 (AT)

MTA METRO-NORTH RAILROAD COMPANY, P.O.
NICHOLAS STRYPE (individual capacity), P.O.
DOUGLAS COHEN (individual capacity), PO LUIGI
SEIDITA (individual capacity), PO JASON NANDOO
(individual capacity), PO JOSEPH TERACCIANO
(individual capacity), and PO RICHARD DOE (Full
names and number of whom are unknown at present,
and other unidentified members of the MTA Police
Department in their individual capacities),

                            Defendants.

------------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      In light of the parties' representation that they have settled all claims in this matter (ECF No. 227), the motion for attorney's fees is moot.

      **Therefore, the Clerk of the Court is respectfully requested to close the motion at ECF No. 212.**

      SO ORDERED.

Dated: September 21, 2023
       New York, New York

                                                    _____
                                                    KATHARINE H. PARKER
                                                    United States Magistrate Judge