UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/15/2023
```

THOMAS M. MORAN,

                 Plaintiff,

    -against-

MTA METRO-NORTH RAILROAD COMPANY, PO
NICHOLAS STRYPE, individually, PO DOUGLAS
COHEN, individually, PO RICHARD DOE, full names
and number of whom are unknown at present, and other
unidentified members of the MTA Police Department
in their individual capacities, PO LUIGI SEIDITA,
individually, PO JASON NANDOO, individually, and
PO JOSEPH TERACCIANO, individually,

                 Defendants.

19 Civ. 3079 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    In light of the parties' representation that they have settled all claims in this matter, ECF No. 227, the motion for a new trial at is moot.  *See* ECF No. 228 ("Any pending motions are moot.").  The Clerk of Court is directed to terminate the motion at ECF No. 200.

    By **December 22, 2023**, the parties are directed to refile their stipulation of voluntary dismissal in accordance with the instructions provided by the Clerk's Office on October 18, 2023.  *See* ECF No. 230.

    SO ORDERED.

Dated: December 15, 2023
      New York, New York

_____
ANALISA TORRES
United States District Judge